IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>VYACHESLAV IGOREVICH PENCHUKOV,<br><br>Defendants. | 4:24CR3021<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Defendant has requested a change of plea hearing, and consents to having the hearing conducted before the undersigned magistrate judge.

Accordingly,

IT IS ORDERED:

1) Defendant's request to set a change of plea hearing is granted. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of Defendant.

2) A hearing on Defendant's anticipated plea of guilty is scheduled before Magistrate Judge DeLuca on February 15, 2024, at 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) Defendant, defense counsel, and counsel for the government shall appear at this hearing.

4) On or before the date set for the plea proceeding, counsel for the government and for Defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5) The ends of justice served by granting Defendant's request to set a change of plea hearing outweigh the interests of the public and Defendant in a speedy trial, and the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be deemed excluded in any computation of time under

- 2 -

the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

Dated this 14th day of February, 2024.

BY THE COURT:

s/ Jacqueline M. DeLuca
United States Magistrate Judge