FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2024 MAY 30 PM 1:20

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 4:24CR3021 |
| ) | |
| VYACHESLAV IGOREVICH ANDREEV, ) | |
| a/k/a "Vyacheslav Igoravich Penchukov," ) | |
| "Tank," "Father," "TopBro," and "Zevs" ) | NOTICE OF APPEARANCE |
| ) | |
| Defendant. ) | |
| ) | |

Frank Lin hereby enters his appearance as Senior Counsel on behalf of the United States in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 30th day of May, 2024.

UNITED STATES OF AMERICA, Plaintiff

/s/ *Frank Lin*
FRANK LIN
Senior Counsel
Washington State No. 48617
Computer Crime and Intellectual Property Section
U.S. Department of Justice
950 Pennsylvania Ave NW Suite 600
Washington, D.C. 20530
Telephone: 202-514-1026
Fax: 202-514-6113
Email: Frank.Lin@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on May 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                                                  s /Frank Lin
                                                                   Senior Counsel