IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>VYACHESLAV IGORAVICH ANDREEV, also known as Vyacheslav Igorevich Penchukov, also known as "tank;" also known as "father;"<br><br>        Defendant. | 4:24CR3021<br>and<br>4:11CR3074<br><br>MOTION TO RESTRICT |

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to restrict the Government's Statement of Position Regarding the Revised Presentence Investigation Report and the Government's Exhibit List and Exhibit regarding the above-captioned defendant.

UNITED STATES OF AMERICA, Plaintiff

Sincerely,

SUSAN LEHR
United States Attorney
District of Nebraska

By:   s/ John E. Higgins
JOHN E. HIGGINS, #19546
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
Fax: (402) 345-5724
E-mail: john.higgins@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                                         s/ John E. Higgins
                                                         Assistant U.S. Attorney