IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VYACHESLAV IGORAVICH ANDREEV, also known as Vyacheslav Igorevich Penchukov, also known as "tank;" also known as "father;"<br><br>　　　　　Defendant. | 4:24CR3021<br>and<br>4:11CR3074<br><br>MOTION TO SEAL |

　　　COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to seal the Government's Sentencing Memorandum regarding the above-captioned defendant.

　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA, Plaintiff

　　　　　　　　　　　　　　　　Sincerely,


　　　　　　　　　　　　　　　　SUSAN LEHR
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　District of Nebraska


　　　　　　　By:　　s/ John E. Higgins
　　　　　　　　　　　JOHN E. HIGGINS, #19546
　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　1620 Dodge Street, Suite 1400
　　　　　　　　　　　Omaha, NE  68102-1506
　　　　　　　　　　　Tel:  (402) 661-3700
　　　　　　　　　　　Fax:  (402) 345-5724
　　　　　　　　　　　E-mail:  john.higgins@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

                                              s/ John E. Higgins
                                              Assistant U.S. Attorney